UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
—————————————————————————x

UNITED STATES OF AMERICA,

           -against-

ROBERT WASHINGTON,

           Defendant.
—————————————————————————x

ORDER

7:20MAG2299(MRG)

MARTIN R. GOLDBERG, United States Magistrate Judge:

Defendant's request for an extension of time to pay the $350.00 fine is GRANTED.

Defendant shall pay the fine by January 28, 2021, or appear before this Court on January 29, 2021 at 9:00 a.m. to show cause why the fine was not paid.

Dated: Poughkeepsie, New York
      December 30, 2020

SO ORDERED.

MARTIN R. GOLDBERG
United States Magistrate Judge