UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

               Plaintiff,

-against-

Robert Washington,

               Defendant.

7:20-MJ-2299(MRG)

**JUDGMENT**

---

The issues in the above entitled action having been brought on before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on October 22, 2020, accepted the defendant's plea of guilty to a charge of violating NYS VTL 1192.1, Driving While Ability Impaired, in full satisfaction of the Misdemeanor Complaint filed on February 28, 2020, it is,

ORDERED, ADJUDGED AND DECREED: The Court sentenced the defendant to pay a fine in the amount of $350.00 to be paid by December 29, 2020, and a ninety (90) day suspension of the defendant's New York State license with a twenty (20) day stay (suspension to begin on December 10, 2020). The defendant must also attend one (1) session of a Victim Impact Panel on December 17, 2020.

Dated: Sept 7, 2022
Poughkeepsie, N.Y.

SO ORDERED:

_____
Hon. Martin R. Goldberg
United States Magistrate Judge